IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELECTRICAL INDUSTRY SERVICE BUREAU, et al., | No. C 09-05940 JSW |
| Plaintiffs, | |
| v. | **ORDER SETTING BRIEFING SCHEDULE** |
| ALL AREA ELECTRIC & CONSTRUCTION COMPANY, | |
| Defendant. | |

This matter is set for a hearing on January 21, 2011 on Plaintiffs' motion for leave to file an amended complaint. The Court HEREBY ORDERS that Defendant's opposition to the motion shall be filed by no later than December 15, 2010 and a reply brief, if any, shall be filed by no later than December 22, 2010.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: December 1, 2010

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE